# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY P. WILLIAMS, *on behalf of himself and others similarly situated,* )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) | Case: 2:21-cv-02008-MSN-atc |
| ) | |
| MORGAN STEEL LLC, )<br>) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT**.  This action came before the Court on January 5, 2021 following Plaintiff's Complaint.  (ECF No. 1.)  Plaintiff has since filed a Notice of Dismissal on February 8, 2021.  (ECF No. 7.)

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Dismissal filed on February 8, 2021, the above-captioned case and all claims arising from or related to Plaintiff's allegations and claims set out therein are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 18th day of February, 2021.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE